IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 FEB 26 A 11: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cornelius Milner Jarmaine
Full name and prison number
of plaintiff(s)

v.

Tallapoosa County Jail
Blake Jennings
Sason Cowart
Jimmy Abbet
Carolyn Moss
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:07cv165-MHT
(To be supplied by Clerk of
U.S. District Court)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?   YES ( )   NO (✓)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?   YES (✓)   NO ( )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:
               Plaintiff(s) Cornelius Milner

               Defendant(s) Tallapoosa County Jail, Blake Jennings
               Jimmy Abbet

          2.   Court (if federal court, name the district; if
               state court, name the county) Tallapoosa County

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _1-31-07_

7. Approximate date of disposition _Still Pending_

II. PLACE OF PRESENT CONFINEMENT _Tallapoosa County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Tallapoosa County Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Jimmy Abbet | Tallapoosa County Jail |
| 2. Jason Cowart | Tallapoosa County Jail |
| 3. Blake Jennings | Tallapoosa County Jail |
| 4. Carolyn Moss | Not sure Got Fired |
| 5. Tallapoosa County Jail | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _11-02-04_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I've been incarcerated in this Jail for two years and going on four months, and I have never been asked or given the chance to go back in the Honour Dorm or Work Detail crue._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I wrote Request slips, and Grievance forms on this issue, yet still I'm being descriminated on. It Started around 11-02-04 in the Tallapoosa County Jail. Carolyn Moss did nothing about it, Blake Jennings Jason Cowart, either.

**GROUND TWO:** People have came in and only been here for a week or two, and be giving the opportunity to go to the Dorm.

**SUPPORTING FACTS:** Witnesses (Frank Wackoff) (Kerenski Westone) (Tyrone Riley) (Melvin Adamson) (Jarvoski Moten) (Ryan BoBo) (Keith Hayes) (Tyrone Tuck) (Jack Waver)

**GROUND THREE:** Every cell I ever been in was an Lock Down cell.

**SUPPORTING FACTS:** If your in a lockdown cell you cant sit on your mats like everybody else in the Jail. You are not able to sleep like people in the Dorm or sit on matts like ten man cells. I have to sit up all day from 7:00 AM to 12:00 PM then from 1:00 PM to 5:00 PM on steal benches or either on the hard Concrete. Cells stay locked until 5:00 PM except from 12:00 PM to 1:00 PM

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Make it be known that I don't appreciate being treated different from the rest of the inmates in this Jail, and that my Rights have been Violated. (Sue)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-24-07
              (Date)

_____
Signature of plaintiff(s)

4

2-24-07

To whom this may concern:

In regards to this Lawsuit I also being going through alot more things on the lines of pain and suffering, and emotional distress.

Supporting facts:

1. Having to sit or stand on steal or concrete for nine hours a day, for two years and going on four months.
2. Not getting the proper amount of sleep.
3. Waking up to a dead man, who hung his self the prior night around 11:00 PM and wasn't found until the next morning around 5:30 AM "By me."
4. He "The man I found dead" was my friend there for I still suffer from stress and depression.
5. I never was moved out of the same cell the man hung his self in. The same day he did it, after the got him out of here they put me right back in here.
6. The Nurse will not see me for the Problems/Sickness that I suffer from witnessing this.

Witnesses: Tim Ford, Keith Hayes, Gerald Murphy, Mike Handson, Elija Kelly, ~~Jermnt~~ Jermy Butler, Jennifer Cochran.

If I was never descriminated on non of this would been an issue. Therefore I feel that this should be handled as one Lawsuit. If thats not the case, and I have to file a seperate suit for Pain and Suffering and Emotional disstress then I would like tode so. Please enlighten me on this situation so I can know how its gonna be handled.
Thank you for you time.

Cornelius Wilmore

Cornelius Milner #410
316 Ind. Pk., Dr.
Dadeville, AL.
-36653-

MONTGOMERY AL 361
24 FEB 2007 PM 1 L

Legal Mail

Office of the Clerk
United State District Court
PO Box 711
Mong. AL. -36101-

36101+0711