| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kim Peters_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Kim Peters  C. Date of Delivery: 3-8-07 |
| 1.<br>Blake Jennings<br>Tallapoosa County Jail<br>316 Industrial Park Drive<br>Dadeville, AL 36853<br><br>07cv165 cmp+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(Transfer from service label)*  7006 2760 0002 8193 1651 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540