IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CORNELIUS MILNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv165-MHT |
| | ) | (WO) |
| TALLAPOOSA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 15, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against the Tallapoosa County Jail are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Tallapoosa County Jail is DISMISSED as a party to this complaint;

3. Plaintiff's due-process challenge with regard to not being housed in an honor dorm or being placed on a work detail and his equal-protection claim are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii); and

4. This case against the remaining defendants with respect to Plaintiff's claims concerning his lock-down status and inadequate medical care are referred back to the Magistrate Judge for additional proceedings.

DONE, this the 5th day of April 2007.

> /s/ Myron H. Thompson
> UNITED STATES DISTRICT JUDGE