**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CORNELIUS MILNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 3:07-cv-00165-MHT-SRW** |
| | ) |
| **TALLAPOOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL
REPORT AND ANSWER**

COME NOW Jimmy Abbett, Blake Jennings, Jason Cowart, and Carolyn Moss, the Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 40 days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1.      On March 7, 2007, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before April 16, 2007. Defendants' answers are due on April 25, 2007.

2.      Counsel for the Defendants is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

3.      The Defendants have not previously requested an extension of time in this case.

4.      The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including May 26, 2007.

Respectfully submitted this 11th day of April, 2007.

> **s/Ashley Hawkins Freeman**
> ASHLEY HAWKINS FREEMAN Bar No.  FRE044
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  afreeman@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of **April, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Cornelius Milner
> Tallapoosa County Jail
> 316 Industrial Park Drive
> Dadeville, AL  36853

> **s/Ashley Hawkins Freeman**
> OF COUNSEL