IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CORNELIUS MILNER                    *

    Plaintiff,                         *

    v.                                 *       3:07-CV-165-MHT

BLAKE JENNINGS (JAIL ADM.),         *
*et al.*,
    Defendants.                        *
_____

**ORDER**

For good cause, it is

ORDERED that the court's May 15, 2007 order (Doc. No. 13) be and is hereby VACATED.

DONE, this 22nd day of May 2007.

                        /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE