IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CORNELIUS MILNER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:07-cv-00165-MHT-SRW ) |
| **TALLAPOOSA COUNTY JAIL, et al.,** | ) ) |
| Defendants. | ) |

## MOTION TO QUASH SERVICE OF PROCESS ON DEFENDANT MOSS

COMES NOW the Defendants in the above-styled cause and, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, move this Court to quash service of process on Carolyn Moss. This motion is due to be granted based on the following grounds:

1. Kim Peters, a dispatcher with the Tallapoosa County Sheriff's Department, inadvertently signed the service of process for Carolyn Moss on March 8, 2007 (as well as all other newly named Defendants) assuming that all newly named Defendants were current employees of the Tallapoosa County Sheriff or otherwise could be easily located.

2. However, Carolyn Moss was last employed at the Tallapoosa County Jail on November 22, 2005. Neither Sheriff Abbett, Blake Jennings nor the undersigned defense counsel has been able to locate Moss.

3. Rule 4(e)(2) of the Federal Rules of Civil Procedure provides that service shall be made "upon an individual . . . by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by

delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process."

4.      As far as the Defendants and the undersigned counsel are aware, Carolyn Moss was never personally served nor was a copy of the summons and complaint left at her dwelling. No one at the Tallapoosa County Sheriff's Department or Tallapoosa County Jail is authorized to receive service of process on Moss' behalf.

5.      Neither defense counsel nor any Defendant is aware of the current address or whereabouts of Carolyn Moss.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the service of process on Carolyn Moss be quashed pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 22nd day of May, 2007.

**s/Ashley Hawkins Freeman**
ASHLEY HAWKINS FREEMAN Bar No. FRE044
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the **22nd** day of **May, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Cornelius Milner
        Tallapoosa County Jail
        316 Industrial Park Drive
        Dadeville, AL  36853

                **s/Ashley Hawkins Freeman**
                OF COUNSEL