IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CORNELIUS MILNER | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-165-MHT |
| BLAKE JENNINGS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On May 22, 2007 counsel for defendants filed a motion to quash service of process on Defendant Carolyn Moss. In support of the motion, defense counsel states that service of the complaint on Defendant Moss was inadvertently accepted by a Tallapoosa County Sheriff's Department employee inasmuch as Defendant Moss has not been employed at the Tallapoosa County Jail since November 22, 2005. Neither Sheriff Abbett, Jail Administrator Jennings, nor defense counsel have been able to locate Defendant Moss. In light of such representations, the motion to quash shall be granted.

If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Moss, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is ORDERED that:

1. Defendants' Motion to Quash Service of Process on Defendant Moss (Doc. No. 15) be and is hereby GRANTED;

2. On or before June 5, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendant Moss. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility; and

3. Plaintiff is cautioned that if he fails to comply with this order, Defendant Moss will not be served, she will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

DONE, this 23rd day of May 2007.

       /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE