IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CORNELIUS MILNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-cv-00165-MHT-SRW |
| | ) |
| **TALLAPOOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW Sheriff Jimmy Abbett, Jail Administrator Blake Jennings, and Lt. Jason Cowart, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Cornelius Jarmaine Milner, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect.

10. Plaintiff's claims are barred by the statute of limitations.

11. The Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 29th day of May, 2007.

                                            **s/Ashley Hawkins Freeman**
                                            ASHLEY HAWKINS FREEMAN Bar No. FRE044
                                            Attorney for Defendants
                                            WEBB & ELEY, P.C.
                                            7475 Halcyon Pointe Drive (36117)
                                            Post Office Box 240909
                                            Montgomery, Alabama 36124
                                            Telephone: (334) 262-1850
                                            Fax: (334) 262-1889
                                            E-mail: afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **29th** day of **May, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Cornelius Milner
        Tallapoosa County Jail
        316 Industrial Park Drive
        Dadeville, AL  36853

            **s/Ashley Hawkins Freeman**
            OF COUNSEL