REC...

2007 JUN 11  A 9 56

Cornelius Milner,   DEBRA P. H
   Plaintiff,

V.

                                      Civil Action No.
Tallapoosa County Jail, et al.,    3:07-CV-00165-MHT-SRW
   Defendants.

### Response To The Defendants Denial

I Cornelius Milner, In this action deny each and every defence made by the defendants, Jimmy Abbett, Blake Jennings, Jason Cowart. They are over this Jail therefore they have deprived or caused other to deprive my Constitutional Rights.

Jimmy Abbett violated by not responding or taking action to my grievance or request slips, which contained complaints of me being housed in the same cell as a AIDS Patient, Suffering in this lockdown cell, and me being denied medication.

The defendant Jimmy Abbett takes responsability for Promulgating of the Policies governing the Tallapoosa County Jail. He states that the Jail administrator makes certain that the Jail is checked on a daily basis for sanitation which is untrue. I have been locked up in this Facility for 2 years and 7 months and not once have I seen Blake Jennings. The Alabama Department of Corrections nor the Tallapoosa County Health Department inspects this Jail for sanitation. We as inmates in this Jail are not given the opportunity to bathe daily because we are only given two very small bars of soap a week (Mon-Fri). Jimmy Abbett admits that H.I.V. Postive inmates are not segregated in the Tallapoosa County Jail, unless they require "Hospitalization" which the H.I.V. victim which was placed in the cell with me did. Jimmy Abbett states that an inmates can have an H.I.V. Postive roommate and not be at risk of contracting the virus unless the inmates engage in high risk behavior. However it don't necessaraily have to be me that breaks the rules. The Tallapoosa County Jail Rulebook Prohibits thems type of behaviors.

The aids victims could of easily assaulted me, drew blood by hand, mouth or even raped me which these types of activities happen in Jails all over Alabama everyday. These facts also pretain to me being in those situations with the inmates that had the Staph infection. By them the staff members of this Jail placing them high risk inmates in the cell with me knowingly and willingly. That bring excessive risk to my health and safety.

## Response To Blake Jennings Defence

Blake Jennings is responsible for housing the AIDS victim in the cell with me. One of my witnesses mentioned to Blake Jennings and another officer that they had placed an inmate with AIDS in the cell (B-1) He then asked them did they have knowledge of doing so and they answered "yes" Blake Jennings also disregarded my request and grievance slip.

## Response To Jason Cowart Defense

Jason Cowart is responsible for not answering my request and Grievance forms regarding me suffering in these Lockdown Cells. Being housed with AIDS, and staph Patients, and being denied medical attention.

## Response To Defendants Defence To My Conditions of Confinement Claim

By living in these conditions I have encountered back problems, suffered everyday by having to sit on steal or concrete for nine hours a day. While the rest of the jail either get to sleep all day or sit on their mats, we (The Inmates In Lockdown Cells) have to sit up on steal or concrete from 7:00am to 12:00pm then from 1:00pm to 5:00pm. These living conditions is and should be considered cruel and unusual.

## Response To Defendants Allegation About me not Following the Grievance Procedures

I wrote one Grievance to Jason Cowart and appealed it to Blake Jennings and got no answer, To my complaint about being housed with a inmate with a staph. By time I got a chance to appeal it to Jimmy Abbett, he (James Pemberton) got elected to go to Delta Dorm. I also wrote a grievance on being housed with an AIDS victim to Jason Cowart and appealed it to Blake Jennings, and got no response. Before I got a chance to appeal it to Jimmy Abbett ~~but~~ the AIDS Patient had got out. Now in regards to me suffering in this Lockdown cell. I did follow the proper Grievance Procedures all the way out.

## Closing Facts

All of the Defendants had a hand in violating my constitutional Rights. And I have plenty of witnesses that are willing to help me prove that these violations did occur. The Defendants are being untruthful about the allegations presented to you all as if this jail is Perfect and they are not, and has in the past violated my rights. Jimmy Abbett made the rules to this Jail and it's his duty to assure that Blake Jennings, and Jason Cowart Enforce's the Rules of this Jail

Conclusion

I deny each and every allegation made by Defendants in denile of violating my Constitutional Rights. I have gave **proof** that the defendants have acted in such a manner to deprive me of my constitutional Rights. I was not able to get a sworn Affidavit due to my incarceration in this Jail I feel I have provided enough Evidentrary material to proceed with this suit into trial.

I Cornelius Jarmaine Wilmer Put in a request for an Affidavit but didnt get an answer in time to attach with this response.

I Swear that everything stated in this response is the truth and nothing but the truth. Therefore I am asking this Honorable Court to let this Suit Proceed into trial.

*Cornelius Wilmer*

This done on the day of 6-8-07



Cornelius Milner #410
316 Ind. Pk. Dr.
Dadeville, AL. 36853

Office of The Clerk
United State Destrict Court
P.o. Box 711
Montgomery, AL. 36101-