United States District Court
Middle District of Alabama

RECEIVED

2007 JUN 28  A 11:01

Cornelius Milner,
    Plaintiff,

V.

Tallapoosa County Jail, et al.,
    Defendants.

Civil Action No. 3:07-CV-00165-MHT-SRW

## Introduction

In the Defendants introduction it was stated that I the Plaintiff Cornelius Miller fired a pistol into an occupied vehicle killing a man inside. The Defendants also stated that I was a pretrial detainee at all times relevant to the allegations made by me. The Defendants acted as if I have been found guilty of this crime which I have not. By them saying this it slander's my name and is a form of defamation of Character. The Defendants dont have the right to say that I killed a man until I go to court and get found guilty of doing so if that be the case. The Defendants are being untruthful and will do or say anything to try to defend thereselves.

Response to Defendants Defence on my Conditions of Confinement claims:

The Defendant Jimmy Abbett has delegated the responsibility for the day-to-day functions of the Tallapoosa County Jail to Blake Jennings. (The Jail Administrator) Jimmy Abbett admits to being responsible for promulgating the policies governing The Tallapoosa County Jail. The Defendants (Blake Jennings, Jason Cowart) Claim that they are housing me in a four man cell for my safety and protection, because the person that I am charged with shooting was a friend of many inmates who are incarcerated in this Jail. The Defendants (Blake Jennings, Jason Cowart) Claim that I would be at a high risk of injury if I was incarcerated in the Delta Dorm, but yet and still they take me outside with them same inmates. In order to get picked to go to the Delta Dorm you must have a good attitude, follow the rules of the Jail, and must be picked by staff on their criteria's. I've been held in this Jail for two years and seven months and I have not gotten in any trouble other than wearing materials on my head, and hoarding medication. (Which I didn't know I couldn't do at the time)

The Defendants (Blake Jennings, Jason Cowart) claim that I exhibited a poor attitude, I'm routinely cocky, and disrespectful towards officers, plus I act like I am above laws and rules, and I'm frequently impolite and impertinent. If all this is true then why is it that the only thing that I have in my files is violating the rules of not being able to wear head materials on your head, and hoarding medication? I have never gave Blake Jennings nor Jason Cowart any reason to believe that I am a trouble maker. Therefore everything they are saying about me is very untrue. Some of the most violent trouble makers in the whole jail is located in the Delta Dorm, but it is support to be for the so called "Well behaved" inmates. The Defendants (Jimmy Abbett, Jason Cowart) states that <u>no inmates</u> charged with murder are placed on the work details crew which is untrue. Tyware Tuck was placed on work detail inside and outside and he is also charged with Capitol Murder. Bobby Hill (A prior inmate at this jail) was charged with Capitol Murder and he also got treated fare and had the privilege of being on the work detail crew. For the record both was housed in the Delta Dorm also.

Response to Defendant's Defence on my Claims regarding Medical Care:

The Defendant's (Jimmy Abbett, Blake Jennings, Jason Cowart) States that it is Policy of The Tallapoosa County Jail that access to appropriate health care service's are provided for inmates of the Jail for their physical and emotional well-being. The Defendants also states that except in the case of emergency, each inmate requesting Medical Service's is screened by the Jail nurse (Cathy DuBose) Who then makes a referral to a physician if it is determined to be an emergency, or serious enough to be referred to a physician, to where a physician visit is appropriate. When I first got to this Jail and was screened by the nurse I told her I had Trichomoniasis and she did nothing. A close friend died in the cell with me which affected my mind, and sleep so I put in a Medical request and nothing was done. I guess those illnesses's wasn't considered to be an emergency, or serious enough to be referred to a physician or even be treated because I haven't got any medical attention still to this day. If it's the policy of The Tallapoosa County Jail that access to appropriate healthcare Service's are provided for inmates

of the Tallapoosa County Jail for their well-being physically and emotionally then I should have been seen about and treated by now. Cathy DuBose claims that during my incarceration I have been examined only four times due to symptoms of a cold, a painful tooth, a rash, and sleeplessness. It shows in my medical records that I have been seen well over four times, since I have been incarcerated in this Jail. In order to be seen by the nurse it is Tallapoosa County Jail's Policy that the inmate in need of medical attention has to fill out a medical request. The Defendants (Jimmy Abbett, Blake Jennings, Jason Cowart) claims to only have two request slips, and two medical request slips in my files. That proves that the Defendants (Jimmy Abbett, Blake Jennings, Jason Cowart) have not been properly keeping track of every request, and medical requests, plus grievances that I have wrote.

Response to the Defendants Claiming that my Claim is beyond the Statute of limitations: I did state that I was not assigned to the Delta Dorm or assigned to the work detail back in November 2004 but that claim was against Lt. Carolyn Moss which she has been excused from this Claim. Blake Jennings wasnt working her at that point of time, and Jason Cowart wasnt Lieutenant at that time either.

Jimmy Abbett:

Violated my Constitutional Rights by not answering my Grievance forms first of all. He takes responsibility for Promulgating the Policies governing the Tallapoosa County Jail. Therefor he takes responsibility for not giving me the equal opportunities as the rest of the inmates in this Jail. Just because I am being detained before I go to court to prove my innocence about a murder that happen dont mean I should be treated unfare in the process. Jimmy Abbett is also responsible for not getting me seen by a nurse or Physician when I was in need of medical attention.

Jimmy Abbett is not a bad person it's just the way this Jail is ran and who he put in charge of running it that got him added to this suit.

Blake Jennings:

Is responsible for the day-to-day functions of The Tallapoosa County Jail, handed down by Jimmy Abbett. Therefore the Defendant (Blake Jennings) Violated my Constitutional Rights by keeping me housed in a lockdown cell not giving me the same opportunitie's as the rest of the inmates in The Tallapoosa County Jail. The Defendant (Blake Jennings) is also responsible for not responding to my Grievance slips that I wrote in regards to being denied medical attention, and not being given the same opportunitie's as the rest of the inmates at The Tallapoosa County Jail.

Jason Cowart:
Violated my Constitutional Rights by not answering my Grievance slips that I wrote to him about not giving me the chance to be put on work detail or housed in the Delta Dorm. The Defendants (Jimmy Abbett, Blake Jennings) gives Cowart the last and final say so wether or not a inmate will be placed in the Delta Dorm. Therefore he is liable for not given me a chance. Jason Cowart also disregarded my Grievance slip that I wrote to him about me being denied medical care.

Response to Cathy Du-Bose Statement:

Cathy Du-Bose is being very untrue. A inmate was on his way to court and was found to have Benadryl's on his person. Cathy Du-Bose discontinued my medication and got me charged with hoarding medication. I was not the only inmate in this Jail that was taking Benadryl's, and it was not found on my person therefore I shouldn't of been liable or gotten in any trouble for it. Cathy Du-Bose stated (on page six and under oath) that I told her that an inmate had informed me that lots of inmates in this Jail wanted to harm me because of the charge against me. Then she said that I futher stated that I was worried about my safety. These statements suppost of been made to her on "November 5th 2004" when she was not even working here then. On the bottom of page six it states that Cathy Du-Bose provides medical service's to the Tallapoosa County Jail and has done so since "January 25th 2005" Which proves that Cathy DuBose and the Defendants (Jimmy Abbett, Blake Jennings, Jason Cowart) are not being truthful under oath. I would like to add Cathy Du-Bose to this claim if posible because she is really the main reason why I have been getting denied medication.

## Conclusion

I deny each and every defence and statement made by the Defendants. The Defendants did and still is violating my Constitutional Rights

I Cornelius Jarmaine Milner Swear I am telling the truth about every issue and statement I have brung infront of You

*Cornelius Milner*

Cornelius Milner #410
316 Ford. PK. Dr.
Dadeville, AL.
-36853

MONTGOMERY AL 361
27 JUN 2007 PM 3
USA 41

36101+0711

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. - 36101