IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CORNELIUS MILNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:07-cv-00165-MHT-SRW |
| | ) |
| **TALLAPOOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MOTION TO SUBSTITUTE**

COME NOW Jimmy Abbett, Blake Jennings, and Jason Cowart, Defendants in the above-styled cause, and file their Motion for Substitution and submit the signed declaration of Jason Cowart.  As grounds therefore, Defendants set down and assign the following:

1. At the time of the filing of Defendants' Special Report Lt. Jason Cowart was away from Tallapoosa County at a law enforcement academy.  Lt. Cowart has just returned from that academy.  When the Special Report was filed, Lt. Cowart had reviewed and approved his declaration but counsel for Defendants had not received the signed declaration.  Therefore, Defendants filed a copy of the unsigned declaration of Jason Cowart with their Special Report.

3. The signed declaration is attached as Exhibit A to this Motion.

4. Plaintiff will not be prejudiced by this substitution.

WHEREFORE, THE PREMISES CONSIDERED, Defendants hereby request permission from this Court to substitute the attached executed declaration of Jason Cowart for the unsigned copy attached to their Special Report submitted to this Court on May 29, 2007.

Respectfully submitted this 15th day of August, 2007.

        **s/Ashley Hawkins Freeman**
        ASHLEY HAWKINS FREEMAN Bar No.  FRE044
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the **15th** day of **August, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Cornelius Milner
        Tallapoosa County Jail
        316 Industrial Park Drive
        Dadeville, AL  36853

        **s/Ashley Hawkins Freeman**
        OF COUNSEL

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORNELIUS MILNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-00165-MHT-SRW |
| ) | |
| TALLAPOOSA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JASON COWART
### PURSUANT TO 28 U.S.C. § 1746

STATE OF ALABAMA      )
                     )
COUNTY OF TALLAPOOSA  )

1. My name is Jason Cowart. I am over the age of 19 and am competent to make this declaration.

2. I am employed as a Corrections Officer at the Tallapoosa County Jail with the rank of Lieutenant. I am a graduate of the Corrections Academy.

3. I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which she was entitled.

5. Plaintiff is incarcerated in the Tallapoosa County Jail on a charge of capital murder. The man Plaintiff is charged with shooting and killing, Courtney C. Russell, was a friend of many of the inmates who are incarcerated in the Tallapoosa County Jail. Thus, for Plaintiff's safety and protection he has been incarcerated in a small cell with a low number of

inmates. During the majority of his incarceration, Plaintiff has been housed in a four-man cell. Each inmate in a four-man cell sleeps in a separate locked room at night, but all four bedrooms open into a dayroom during the day. As a general rule, any inmate housed in the four-man cell needs to be protected from the general inmate population. Plaintiff has also been housed alone for a period of his incarceration, as he was considered a suicide risk. Plaintiff would be at a risk of injury if he was incarcerated in the Delta Dorm, which contains fifty beds, or if he was incarcerated in a ten-man cell.

6. The Delta Dorm is a minimum security, open area that contains fifty beds. To be considered for the Delta Dorm, an inmate must be picked by staff based on criteria of having a good attitude and following the jail rules. Inmates who exhibit a poor attitude or inmates who have broken jail rules are not considered for Delta Dorm. Delta Dorm inmates are allowed to watch movies and television and have a less strict sleep schedule. Before an inmate is assigned to the Delta Dorm, he is given a copy of the Dorm rules and required to read and sign the rules. The inmate is informed that the Delta Dorm operates under a zero-tolerance policy. Violating certain jail rules, such as being involved in a fight regardless of who is at fault, are grounds for immediate removal and transfer to the general population. Inmates housed in the general population are subject to normal jail rules such as sleep and wake schedules, etc.

7. On January 10, 2006, I found Plaintiff to be in violation of the Tallapoosa County Jail Policy prohibiting the wearing of any material on the head. Plaintiff waived his right to a hearing before the disciplinary committee and admitted that he was guilty of the rule violation. As punishment, Plaintiff received five days suspended over the next forty-five days in disciplinary detention and not commissary privileges for one week.

8. During Plaintiff's incarceration at the Tallapoosa county Jail, he has exhibited a poor attitude. Plaintiff is routinely cocky and disrespectful towards corrections officers. Plaintiff acts a though he is above laws and rules and is frequently impolite and impertinent.

9. Plaintiff could not be housed in Delta Dorm because for is own safety he needs to be housed with a small number of inmates. Also, Plaintiff has not been considered for Delta Dorm due to his poor attitude and violation of jail rules.

10. An inmate who is placed on the work detail crew performs duties such as mopping hallways, cutting the grass outside the jail, working in the jail kitchen and washing sheriff's department vehicles. It is Tallapoosa County Jail policy that no inmates charged with murder are placed on the work detail crew, as members of the work detail crew use a variety of potential weapons in their duties, such as knives in the kitchen and work detail crew inmates are allowed outside of the jail to perform duties such as mowing grass. Inmates on the work detail crew must be found to be trustworthy and responsible by Tallapoosa County Jail staff.

11. Plaintiff could not qualify to be a part of the work detail crew as he is charged with capital murder. In addition, the need to protect Plaintiff from a large number of inmates excludes him from being a member of the work detail crew. Also, Plaintiff has not demonstrated the attitude necessary to be placed on the work detail crew.

12. During his incarceration Plaintiff has been incarcerated in a medical cell during the time period he was on suicide watch and four-man cells called safety or lockdown cells. In the four-man cell each inmate sleeps in a separate bedroom. All four bedrooms open into a common dayroom that contains a metal table similar to a picnic table. From 7 a.m. until noon, and from 1 p.m until 5 p.m. Plaintiff must stay in the dayroom and must keep both feet

on the floor at all times. If Plaintiff does not wish to stand, he may sit on one of the benches or sit on the floor. Plaintiff could even recline on the floor as long as he kept both feet on the floor.

13. Inmates at the Tallapoosa County Jail are allowed to lie in their beds and sleep from 5 p.m. until 5 a.m. and from noon until 1 p.m. each day. If an inmate is being disruptive and keeping other inmates from sleeping, the offending inmate will be removed.

14. It is the policy of the Tallapoosa County Jail that access to appropriate health care services are provided for the inmates of the Jail for their physical and emotional well-being.

15. The Jail employs a registered nurse, Nurse Cathy DuBose, who is on duty from 8:00 a.m. until 5:00 p.m. on Mondays through Fridays. She is on call at all times of the day and night. The Jail also employs an LPN who works approximately thirty hours a week at the jail caring for the inmates. Robert Schuster, M.D., also comes to the Tallapoosa County Jail once a week to see inmates who are referred to him by the nursing staff.

16. An inmate requesting any type of health care services may submit either an Inmate Request Form or Medical Request/Charge Sheet stating the service desired. The shift supervisor ensures that the medical protocol is followed to ensure a safe and secure manner is maintained.

17. Except in the case of an emergency, each inmate requesting medical services is screened by the jail nurse who then makes a referral to a physician if it is determined that a physician visit is appropriate. In the event of a medical emergency, or a perceived medical emergency, the shift supervisor arranges for medical services without delay. All medical

appointments, including appointments with the jail nurse, are logged by the jail staff in the inmate log.

18.     Inmates are given prescription medication as prescribed. Medication is distributed according to instructions from the prescribing physician and is distributed by a jail staff member as directed by the jail nurse. Staff members of the Tallapoosa County Jail take no deliberate action to block, deny, or delay access of an inmate to health care.

19.     Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the Jail via the Inmate Rules and Regulations Handbook. Each inmate is given an Inmate Rules and Regulations Handbook when they are booked into the jail. It is the policy of the Tallapoosa County Jail that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have. Tallapoosa County Jail policy requires that an inmate receive a response to any grievance submitted within a reasonable amount of time. Any officer receiving a grievance form is to pass the grievance on to either the jail administrator or the lieutenant for appropriate handling. This decision may be appealed by the inmate in writing to the chief deputy within seventy-two hours of receipt of the grievance decision. The inmate may appeal the chief deputy's decision in writing to the sheriff within seventy-two hours of the receipt of the chief deputy's decision. The decision of the sheriff is final. A copy of any grievance form which is filed by an inmate is to be placed in the inmate's Inmate File.

20.     I never received a grievance from the Plaintiff regarding the incident or conditions made the basis of his Complaint.

21. I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

22. I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the _____ day of August, 2007.

_____
JASON COWART