IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CORNELIUS MILNER                    *

     Plaintiff,                          *

        v.                              *          3:07-CV-165-MHT

BLAKE JENNINGS, *et al*.,            *

     Defendants.                         *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Substitute, and for good cause, it is

ORDERED that the motion (Doc. No. 24) be and is hereby GRANTED.  Accordingly, it is further

ORDERED that executed declaration filed by Defendant Cowart on August 15, 2007 (Doc. No. 24, Exh. A) be and is hereby SUBSTITUTED for the unsigned declaration submitted by Defendant Cowart on May 29, 2007.

DONE, this 16th day of August 2007.


_____/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE