IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

CORNELIUS MILNER,

    Plaintiff,

v.    CASE NO. 3:07-cv-165-MHT-SRW

TALLAPOOSA COUNTY JAIL, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jimmy Abbett, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity    Relationship to Party

1/30/2008
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)
Jimmy Abbett, Blake Jennings, and Jason Cowart
Counsel for (print names of all parties)
Webb & Eley, P.C., P.O. Box 240909
Montgomery, AL 36124
Address, City, State Zip Code
334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30_____ day of January_____ 20 08, to:

Cornelius Milner, Tallapoosa County Jail, 316 Industrial Park Drive, Dadeville, AL 36853.

1/30/2008
Date

(Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

CORNELIUS MILNER,

    Plaintiff,

v.    CASE NO. 3:07-cv-165-MHT-SRW

TALLAPOOSA COUNTY JAIL, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Blake Jennings, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/30/2008
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Jimmy Abbett, Blake Jennings, and Jason Cowart
Counsel for (print names of all parties)

Webb & Eley, P.C., P.O. Box 240909
Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30____ day of January_____ 20 08, to:

Cornelius Milner, Tallapoosa County Jail, 316 Industrial Park Drive, Dadeville, AL  36853.

1/30/2008
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

CORNELIUS MILNER, )
)
    Plaintiff, )
)
v. ) CASE NO. 3:07-cv-165-MHT-SRW
)
TALLAPOOSA COUNTY JAIL, ET AL., )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jason Cowart, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____               _____

_____               _____

_____               _____


1/30/2008                             (Signature)
Date                                  Joseph L. Hubbard, Jr.
                                      (Counsel's Name)

                                      Jimmy Abbett, Blake Jennings, and Jason Cowart
                                      Counsel for (print names of all parties)
                                      Webb & Eley, P.C., P.O. Box 240909
                                      Montgomery, AL 36124
                                      Address, City, State Zip Code
                                      334-262-1850
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30_____ day of January_____ 20 08, to:

Cornelius Milner, Tallapoosa County Jail, 316 Industrial Park Drive, Dadeville, AL 36853.

1/30/2008
Date

Signature